# United States Court of Appeals for the Federal Circuit

———————————

July 12, 2012

**ERRATA**

———————————

2012-1228

SCIELE PHARMA INC. (now known as Shionogi Pharma Inc.),

Plaintiff-Appellee,

and

ANDRX CORPORATION, ANDRX PHARMACEUTICALS INC.
(doing business as Watson Laboratories Inc. - Florida),
ANDRX PHARMACEUTICALS L.L.C., ANDRX LABORATORIES
(NJ) INC.,
ANDRX EU  LTD., and ANDRX LABS L.L.C.,

Plaintiffs,

v.

LUPIN LTD. and LUPIN PHARMACEUTICALS INC.,

Defendants-Appellants,

and

MYLAN INC. and MYLAN PHARMACEUTICALS INC.,

Defendants.

———————————

Decided July 2, 2012
Precedential Order

———————————

Please make the following change:

Page 2, correct name "Douglas C. Hochstetler" to "Douglass C. Hochstetler"